**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Joshua Dudely 90978
(Name of Plaintiff) (Inmate Number)

DCP 501 Mall Rd Harrisburg PA 17111
(Address)

(2) ______________________
(Name of Plaintiff) (Inmate Number)

______________________
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) Officer Tim Brown
(2) Officer Clark
(3) Seargant Craig
(Names of Defendants)
(4) officer ROWE (5) officer HAMMER,
(Each named party must be numbered, and all names must be printed or typed)

1:19 cv 1157
(Case Number)

**CIVIL COMPLAINT**

FILED
SCRANTON
JUL 03 2019
PER [signature]
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? I wrote a grievance and they never responded.

2. What was the result? Nothing Changed. which leads me to think my grievance was DESTROYED...

D. If your answer to "B" is No, explain why not: ______

## III. DEFENDANTS

(1) Name of first defendant: Officer Tim Brown
Employed as Correctional Officer at Dauphin County Prison
Mailing address: ______

(2) Name of second defendant: Officer Clark
Employed as Correctional Officer at Dauphin County Prison
Mailing address: ______

(3) Name of third defendant: Seargant Craig
Employed as Correctional Officer at Dauphin County Prison
Mailing address: ______

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. My Eight Amendment Right was violated by the Mentioned Officers in which I was physically and psychological abused. Forced was applied

in order to gratuitously degrade me.

2. Cruel and unusual punishment of excessive forced was sieged upon me by multiple officers which is unjustifiable and unprovoked.

3. I suffer psychologically the etiology resulting from Officers at the Dauphin County Prison, Sadistically and Maliciously attacked me for their own aggrandizement.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am asking for financial compensation for my constant psychological suffering. Also for the profound physical abuse I endured.

2. I am asking that the Officers involved be suspendended indefinitely from their job assignments.

3. I am asking that an investigation be started up on the DCP to prevent future inmates from suffering the fate I have.

I declare under penalty of perjury that the foregoing is true and correct.

And now this 30 day of June, 2019 .

(Signature of Plaintiff)

# DAUPHIN COUNTY PRISON
## INCIDENT REPORT

### PART I - INCIDENT REPORT

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| [illegible] | [illegible] | 4/1/19 | [illegible] |
| **5. PLACE OF INCIDENT** | **6. ASSIGNMENT** | **7. HOUSING** | |
| [illegible] | [illegible] | [illegible] | |

8. INCIDENT [illegible]

9. CODE [illegible]

10. DESCRIPTION OF INCIDENT

[illegible] Dudley [illegible]

11. SIGNATURE OF REPORTING OFFICER [signature]

12. NAME AND TITLE (PRINTED) [illegible] C.O.

13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY C.O. Knox

14. DATE INCIDENT REPORT DELIVERED 4-1-19

15. TIME INCIDENT REPORT DELIVERED 2205

### PART II - ACTION TAKEN

16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT

"Fuck you you nut ass bitch"
"I want my fuckin' stuff bitch"

17. IT IS THE FINDING: ("X" APPLICABLE BOX)

☐ YOU COMMITTED THE PROHIBITED ACT AS CHARGED

☐ YOU COMMITTED THE FOLLOWING PROHIBITED ACT: ____________

☐ YOU DID NOT COMMIT A PROHIBITED

18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION

text of report & testimony of inmate

19. ACTION TAKEN

guilty 30 days LT

20. DATE OF ACTION 5/3/19

MEMBER [signature] CHAIRPERSON [signature] MEMBER [signature]

DCP-8

# DAUPHIN COUNTY PRISON

## INCIDENT REPORT

**PART I - INCIDENT REPORT**

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| Dudley, Joshua | 90978 | 4/1/19 | 2226 |

| 5. PLACE OF INCIDENT | 6. ASSIGNMENT | 7. HOUSING |
|---|---|---|
| PI-I | unsentenced | PI-I / Seg |

| 8. INCIDENT | 9. CODE |
|---|---|
| CII-2 [illegible]<br>CI-III-3 Disruptive behavior | CII-2 [illegible]<br>CI-III-3 |

10. DESCRIPTION OF INCIDENT

[illegible] above date and time Dudley, Joshua was found with blood on his hands, he admitted to have been punching the wall.

| 11. SIGNATURE OF REPORTING OFFICER | 12. NAME AND TITLE (PRINTED) |
|---|---|
| Sgt. [signature] | Sgt Craig |

| 13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 14. DATE INCIDENT REPORT DELIVERED | 15. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| [signature] | 4/1/19 | 2359 |

**PART II - ACTION TAKEN**

16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT

I did that.

17. IT IS THE FINDING: ("X" APPLICABLE BOX)

☐ YOU COMMITTED THE PROHIBITED ACT AS CHARGED

☐ YOU COMMITTED THE FOLLOWING PROHIBITED ACT: ______

☐ YOU DID NOT COMMIT A PROHIBITED

18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION

Text of report & testimony of inmate

19. ACTION TAKEN

Guilty is [illegible]

[illegible]

20. DATE OF ACTION [illegible]

| [signature] | [signature] | [signature] |
|---|---|---|
| MEMBER | CHAIRPERSON | MEMBER |

DCP-8

(3)

# DAUPHIN COUNTY PRISON

## INCIDENT REPORT

**PART I - INCIDENT REPORT**

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| [illegible], Joshua | 90978 | 4/1/19 | 2228 |

| 5. PLACE OF INCIDENT | 6. ASSIGNMENT | 7. HOUSING |
|---|---|---|
| F1-1 | unsentenced | F1-1 / Seg |

| 8. INCIDENT | 9. CODE |
|---|---|
| C111 [illegible] disruptive behavior | C111-1, C111-3 |

10. DESCRIPTION OF INCIDENT

On the above date and time [illegible], Joshua [illegible] with officers on F1-1.

| 11. SIGNATURE OF REPORTING OFFICER | 12. NAME AND TITLE (PRINTED) |
|---|---|
| Sgt [signature] | Sgt. [illegible] |

| 13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 14. DATE INCIDENT REPORT DELIVERED | 15. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| CO [signature] | 4/11/19 | 2356 |

**PART II - ACTION TAKEN**

16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT

I Punched the Wall

I never Fought with C.O.s they came in my cell, and beat me up

17. IT IS THE FINDING: ("X" APPLICABLE BOX)

☒ YOU COMMITTED THE PROHIBITED ACT AS CHARGED

☐ YOU COMMITTED THE FOLLOWING PROHIBITED ACT: ______

☐ YOU DID NOT COMMIT A PROHIBITED

18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION

text of report & testimony of inmate

19. ACTION TAKEN

Guilty 166 days LI

Release from LI 7/14/19

20. DATE OF ACTION

[signature] MEMBER — [signature] CHAIRPERSON — [signature] MEMBER

DCP-8



I Joshua Dudley #90978 was Penalized on the date of 4-1-19 with excessive force" and was given cruel and unsual Punishment I also suffered mental and Physical abuse in the hands of the Following officers Tim Brown, officer Clark, Seargant Craig, officer Rowe, officer Hammer.

On the date of April 1, 2019 I Joshua Dudley got into Physical altercation on C-block in which I was transferred to PI-1 Cell on 2nd Shift. once in my cell I was waiting to receive my Property such as legal work and hygeine Products, also my sheets, blanket, Towel and washcloth. when 3RD shift officer Rowe was making her round. I stopped her briefly by asking her a question inquiring about when I would receive my Proferty. She replied to me by Telling me she was in a "Pissy mood and that she doesnt have time for my questions" I Responded by telling her I understood her disposition. yet that at the same time I just wanted my Property such as hygeine which is Perimtted to inmates while on lock-in. Status and if I couldnt get that at Least could I Receive my sleeping material such as sheets and blanket so I could go to sleep officer Rowe then rudely responded by Telling me that I would not receive my Property untill the Following day; After hearing this I became Frustrated, considering the fact that I would have to sleep without any sheets on an old matterss in a very cold cell. I then responded by Telling her "Fuck you, you dumb ass bitch I want my stuff." officer Rowe began walking away from my cell and as she was doing this I Punched my cell wall. upon doing this I immediately noticed that I had wounded myself my hand began to bleed Profusely (at a Rapid rate) I Then informed C.O. Rowe that I needed medical attention, I had an emergency. C.O. Rowe continued to walk away from my cell. As I was sitting in my cell Pondering the events that just transpired while at

e same time I was expecting to receive medical attention, I noticed my ell door being opened yet instead of seeing a nurse I was suprisingly reeted by correctional officer Tim Brown and others my Frist attacker owever was officer Tim brown who yelled the words "you want to start roblems mother Fucker, you want to be tough mother Fucker" while imultaneously (at the same time) began throwing punches at me, he ist charged me punching me in the Face, stumbled and dizzy from the first lethal blow I backed up and put my hands up vulnerable to cover my ace officer Tim brown continued to physically abuse me brutally in which he had me pinned up against my bed bunk, he then picked me up d slammed me onto the cell Floor with great Force. weak and dilapidated used all my energy and will power to stand up once I Finnaly stood up was then immediately tackled (speared) in my abadomen back to the loor by another officer. Officer Tim brown then exclaimed to me asking e question of "Do I believe in God mother Fucker?", as he and other fficers continued to punch me in my head, body while at the same ime I was being kicked and kneed by miltiple officers, with little ignity and self respect I had left I resoponded to officer Tim Browns uestion by telling him "yes I do!" He resoponded by telling me that "God ouldnt be here to save me now. After about 5 minutes being tortured hysically by multiple correctional officers I heard officer's call "All wards" over the radio" I was then picked up by officers and placed n handcuffs, while waiting for the other officers to arrive fficer Tim Brown punched me in my Face one more time, telling me that "I was lucky that he didn't go 100 percent on me and that he only went o percent on me" upon the arrival of more officers from the All wards Radio call, one of the officers Frist on the scene.



Exclaimed to the officers responsible for my abuse "why did They call All Guards because I was not even resiting any of the officers?" officers Then had to Physically Place me in the restraining chair used by the DCP for combative inmates due to the fact of my languid conditon I was Physically weak and could not support myself on my own. while being Placed in the restraint chair I noticed a recording camera recording my condition and actions. Frightened and Still in a state of Shock and disbelief I began saying the words "yall cant do that, that wasnt Right" I was abrutly told to "Shut up and to be quiet unless I wanted to receive Further consequences worst then the consequences that I just got" Seargant Craig is the officer who explained the previous Statement to me. Still Frightend for my life, terrorfied and Paralyzed with Fear. I listened to what Sgt Craig informed of and then Proceeded to not Speak any Further while being transferred to the Segregated Housing Area. once I was thrown in to my cell moments later Nurse Leena "Betty" came to take Pictures of my injuries also doing my Health assesment. Reading her Facial expression Nurse Leena Locked Shocked and she asked me a question Saying "what happened to you?" Still Fearing the consequences of Telling her the truth I only exclaimed "They beat me up, They Fucked me up" without giving her Further details. Noticing she was being monitored by a correctional officer neither I, nor Nurse LEENA "Betty" decided to exchanged any more words Pertaining to how I reached such an horrific Physical condition. My mouth and lips where bleeding, my Face was bleeding and was battered with bruises including a large and horrendous black eye. I also suffered a bruised Rib cage. After my health assesment was completed my door was shut and I was left alone in my cell. while in segregation I did not go to Sleep. Fearing

or my safety and still terrorfied my mind would not allow me the Peace or tranquility to allow my body the rest it needed after the Physical, mental, and spiritual abuse that I had just received. officers proceeded in asking me why wasnt I sleeping but I had no explantion for them, At the time I had no explanation for mysief or for anything else. my mind was only focused on the beating that I received while I was being Physically injured and assaulted by officers I had the Feeling that I would suffer from and instant and unexpected death at the hand of my Keepers. when officer Tim Brown asked me the Question of do I believe in God? and then stated to me that God wouldnt be able to save me Now. I began to Picture myself being sadistically murdered in cold blood in a single cell by officer Tim Brown him self and also his Partners in this crime. Never in my life have I been Picked up high in to the air having no control over my body and its Proception by anyone especially a Person of officer Tim brown chillingly enormous size and then impetously slammed onto a hard concrete Floor. I have heard stories in the past about inmates being Killed in Prison by Prison guards which lead me to think and believe that I would meet the sam Fate on the night of April-1-2019. since that night of April 1st, 2019. I have suffered not only Physically in which I was moved From the Restrictive Housing unit to the medical block of the Prison due to the Fact that my Ribs were severely injured leaving me a ill-fate enough significant injury that the Prison officials had no choice but to succumb to the Fact that I was not suitable to remain Living on the normal block for inmates Placed in the hole. But I also suffer mentally due to the Fact that I was verbally abused and taunted maliciously while accompanied by Physical and excessive abuse. I continue to suffer psychologically due the Fact that I have had nightmares Picturing myself being beaten to a bloody pulp by officer Tim Brown until the Point

wher I am left for dead. I even had a dream that the Prison had caught on Fire and I seen all my Fellow inmates making a run for their escape but when I tried to make my attempt at escaping From the fire, I was greeted by Female officer Rowe who carried a whip in her hand in which she to me " what am I doing out of my cell get back in there and she began striking me with the whip Leaving me to say "okay I will be a good boy I Promise I will listen". After I experience these dreams I wake up in a cold sweat still shaken up From the whole affair might I add that officer Rowe stood in Front of the cell door watching me get violated by the male officers involved. As a Person with fair Judgement I do not Feel like the use of Force used against me was Justified. I Postulate that the consequences I suffered were in result of a malicious retaliation From the officers who felt like I shouldnt have verbally disrespected elder Female officer Rowe by calling her a bitch behind my cell door which was locked shut at the time. me Punching my cell wall injuring mysief did not give officers the right to use the aforementioned use of Force against me. officers should have called For medical attention For my bleeding hand and given me a sanction (misconduct) for disrespecting officers. My Physical and mental abuse was unprovoked and unJustifiable. I would now ask of to whom it my concern and of the courts that all of the officers included be removed / suspended indefinitely From their Job assignments of being correctional officers. Any C.O. who has a disregard for the rules and Proper conduct that he/she is supposed to Follow whe handling

n inmate or any situation while working at his/her
oB of being a C.O. Should not be priveleged to work
is one. I am also asking For Finnacial compensation
or the Pain and Suffering which I continue to have
after experiening such an horrific event, In which all
ny dignity, self-esteem and self respect was stolen
way From me, I now suffer the insecurities of everyday
ife Knowing that I was looked at and treated by others
as sub-human and unworthy of deserving to be Treated
airly. The reasoning behind me waiting the alotted and
delayed response as to what I just relayed to you
est in the Fact that I am incarrerated still and I
am constantly in my cell 23 hours a day. I had to
research day by day the name of the officers involed
o my mistreatment of cruel and unsual punishment
while at my stay at the Dauphin County prison.

5. I Just Found out Nurse Leena Dont work in the Dauphin County
rison. She Lost her Job.

NAME: Joshua A Dudley
D.C.P. # 90978
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111-1299

RECEIVED
SCRANTON
JUL 03 2019
PER ______
DEPUTY CLERK

Clerk of Courts
United States District court
235 North Washington Avenue
Scranton PA 18501-1148