# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA DUDLEY, : | |
| Plaintiff : | |
| : | No. 1:19-cv-1157 |
| v. : | |
| : | (Judge Rambo) |
| OFFICER TIM BROWN, *et al.*, : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 2nd day of March 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants Warden Clark and Lucas's motion to dismiss (Doc. No. 37) is **GRANTED**, and Plaintiff's claims against them are **DISMISSED WITH PREJUDICE**. Plaintiff's requests for injunctive relief are **DISMISSED AS MOOT**;

2. The Clerk of Court is directed to terminate Warden Clark and Lucas as Defendants in the above-captioned case; and

3. Plaintiff's motion for discovery package (Doc. No. 39) is **DENIED**.

s/ Sylvia H. Rambo<br>
United States District Judge