## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA DUDLEY,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-1157 |
| v. | : | |
| | : | (Judge Rambo) |
| **OFFICER TIM BROWN,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 3rd day of September 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel (Doc. No. 59) is **DENIED**;

2. Plaintiff's motion to appoint counsel (Doc. No. 59) is **DENIED WITHOUT PREJUDICE**; and

3. Within seven (7) days of the date of this Order, Defendants are directed to submit a status report addressing whether more time is needed to complete discovery and whether, in light of the restrictions placed upon Plaintiff as a Boot Camp participant, discovery and dispositive motions deadlines should be stayed pending Plaintiff's completion of Boot Camp.

s/ Sylvia H. Rambo
United States District Judge